**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**



FILED
JUN 29, 2009
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

CHAPTER 13 CONFIRMATION HEARING MINUTES                            68

CASE NO. RS09-21518 MJ              DATE  JUN 29, 2009

TITLE  MARISELA RODRIGUEZ

---

HON. Meredith A. Jury, Bankruptcy Judge

PRESENT:

_____, for Rod Danielson, Trustee

_____, for Debtor

_____, for _____

DOCKET ENTRY:  PLAN NOT CONFIRMED

ON MOTION OF: ( ) Court    ( ) Stip.    ( ) Trustee    ( ) Debtor
              (X) Off Calendar          ( ) Case converted to Chapter ____

( ) Hearing continued to _____ at _____ __ m.

(X) Case dismissed; _____ Without Prejudice _____ Under § 109(g)

[ ] CLERKS BNC ORDER DISMISSING

   NOTES:   Auto Dism 6-19-09

DOCKET ENTRY:  PLAN CONFIRMED

( )  Plan confirmed per trustee's recommendation.
                                                              Granted
( )  § 522(f)(2) Motion to Avoid Lien of _____ Denied
( )  Objection to plan:    Withdrawn  /  Sustained  /  Overruled

( )  Interlineations:                        Basic Plan Provisions:
     ___ Base Plan
     ___ Disposable Income Lang. #___        % to be Paid _____ %
     ___ Annual ___ Semi-annual Review
     ___ Payment of Allowed Claims Only      Plan Duration _____ mos
     ___ Atty. Fees @ $_____ per month
     ___ Tax Refunds to Trustee when Rec'd   Mo.Paym't. $ _____/mo
     ___ Copies of Tax Returns to Trustee
     ___ Debtor may not incur any debt over $250 w/o order (expt. med.)

13CONF1